```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
              -v-                                              :
                                                               :
                                                               :
    KHAMEL MOBLEY,                                             :
                                                               :
                                        Defendant.             :
-------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 1/25/2024 |

1:23-cr-338-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The conference scheduled in this matter for January 25, 2024, at 9:00 a.m. will instead take place at 4:00 p.m. on the same day, in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 25, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge