```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :
              -against-                    :
                                           :
KAHMEL MOBLEY,                             :          1:23-cr-338-GHW
                                           :
                   Defendant.              :          ORDER
------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/28/2025

GREGORY H. WOODS, United States District Judge:

An arraignment and initial appearance in this matter will take place on September 4, 2025 at 11:00 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 28, 2025

_____
GREGORY H. WOODS
United States District Judge