

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 30, 2025

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/30/2025

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re:**     *United States v. Kahmel Mobley*, **23 Cr. 338 (GHW)**

Dear Judge Woods:

The Government writes this letter to respectfully request that the Court adjourn the forthcoming change of plea hearing and sentencing, which is currently scheduled for December 1, 2025, to December 10, 2025 between: (a) 10:15 a.m. and 2 p.m., or (b) after 3 p.m. The reason for the adjournment is that the assigned Probation Officer is no longer available on December 1, 2025. Neither the Government nor the defendant object to the requested adjournment.

Application granted. The hearing scheduled for December 1, 2025 is adjourned to December 10, 2025 at 10:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.
Dated: November 30, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Georgia V. Kostopoulos
Assistant United States Attorney
Southern District of New York
(212) 637-2212
Georgia.Kostopoulos@usdoj.gov